B1 (Official Form 1) (1/08)

| United States Bankruptcy Court District of Hawaii | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASI ACQUISITION INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**99-0349509** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**246 Nenue Street**<br>**Honolulu, HI 96821**     ZIP CODE **96821-0000** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Honolulu** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 23348**<br>**Honolulu, HI 96823-3348**     ZIP CODE **96823-3348** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee (Check one box.)**

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ASI ACQUISITION INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **ASI ACQUISITION INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Don Jeffrey Gelber**
Printed Name of Attorney for Debtor(s)

**Gelber, Gelber & Ingersoll**
Firm Name

**745 Fort Street, Suite 1400**
**Honolulu, HI 96813**

Address

**(808) 524-0155  Fax: (808) 531-6963**
Telephone Number

3/25/2016
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Richard O. Banner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

3/25/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# ASI ACQUISITION INC.

## UNANIMOUS WRITTEN CONSENT OF ALL OF THE SHAREHOLDERS AND ALL OF THE DIRECTORS IN LIEU OF MEETINGS

WHEREAS, the undersigned shareholders are the owners of all authorized, issued, and outstanding shares of ASI ACQUISITION INC., a Hawaii corporation (the "Corporation"), and the undersigned directors are all of the duly elected directors of the Corporation who would be entitled to vote upon the actions described below if the meetings of the board of directors and the shareholders of the Corporation were to be held for such purpose, and desire to dispense with said meetings and votes of shareholders and directors and to consent unanimously in writing to and take the corporate actions described below; and

WHEREAS, Sections 414-124 and 414-212 of the Hawaii Revised Statutes provide in part that any action required or permitted to be taken at any meeting of the shareholders and directors may be taken without a meeting if all shareholders or directors, as the case may be, sign a written consent setting forth the action taken; and

WHEREAS, the Shareholders and Directors of the Corporation have concluded that it would be in the best interest of the Corporation and its creditors and other parties in interest for the Corporation and its wholly-owned subsidiary, Aloha Sports Inc., to file petitions in the United States Bankruptcy Court for the District of Hawaii for relief under Chapter 11 of the United States Bankruptcy Code.

**NOW, THEREFORE,** the undersigned shareholders and directors of the Corporation, being all of the shareholders and directors of the Corporation, hereby each consent in writing to, and take, the following corporate actions:

**RESOLVED** that the Corporation shall forthwith file a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Hawaii; and be it further

**RESOLVED** that the President of the Corporation, Richard O. Banner, or his successor in office, is authorized to execute on behalf of the Corporation all petitions, declarations, schedules, statements of financial affairs, notices, and any such other documents as may be necessary or appropriate to commence and prosecute a case and related proceedings for relief under Chapter 11 of the Bankruptcy Code; and be it further

**RESOLVED** that the Corporation shall continue the retention of Gelber, Gelber & Ingersoll, A Law Corporation, of Honolulu, Hawaii, as its bankruptcy and insolvency counsel in connection with its said bankruptcy case and related proceedings under the Bankruptcy Code; and be it further

0103584.wpd

ASI ACQUISITION INC.
UNANIMOUS WRITTEN CONSENT OF ALL OF THE SHAREHOLDERS
AND ALL OF THE DIRECTORS IN LIEU OF MEETINGS          Page 1

RESOLVED that the President of the Corporation, Richard O. Banner, is hereby appointed the individual responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceedings, and, in such capacity and as President, said Richard O. Banner is authorized to do and perform, or cause to be done and performed, any and all such other acts, matters, and things as in his judgment may be necessary or appropriate in order to effectuate these resolutions; and be it further

RESOLVED that the Corporation, as the shareholder of Aloha Sports Inc. hereby authorizes and consents to the filing of a petition for relief under Chapter 11 of the Bankruptcy Code by Aloha Sports Inc., and authorizes the directors and officers of Aloha Sports Inc., to take, and consents to, such actions as may be necessary or appropriate to carry out and consummate said filing and the prosecution of said case by Aloha Sports Inc.; and be it further

RESOLVED that the President of the Corporation is authorized and directed to certify a copy of any or all of these resolutions (by original or facsimile signature) for any and all purposes, including, but not limited to, the aforesaid bankruptcy proceedings.

DATED:     Honolulu, Hawaii, March 25, 2010.

_Richard O. Banner_
RICHARD O. BANNER
Director and Shareholder

_Terry LeRoy Daw_
TERRY LEROY DAW
Director and Shareholder

_Darcy Daw_
DARCY DAW
Director

_Susan C. Banner_
SUSAN C. BANNER
Director

# United States Bankruptcy Court
## District of Hawaii

In re    **ASI ACQUISITION INC.**                 Case No. _____

                                       Debtor(s)          Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aloha Sports Inc.<br>P. O. Box 23348<br>Honolulu, HI 96823-3348 | Aloha Sports Inc.<br>P. O. Box 23348<br>Honolulu, HI 96823-3348 | Loan to parent corporation | | 601,591.43 |
| Rohlfing III, Frederick W.<br>as Custodian for Marissa E Rohlfing<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 | Frederick W. Rohlfing III<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>(808) 547-5400 | Promissory note due June 15, 2006, interest at 10% per annum | | 41,000.00 |
| Rohlfing IV, Frederick W.<br>Sparks II Apartments<br>999 East 450 North, Apt. 31<br>Provo, UT 84606 | Frederick W. Rohlfing IV<br>Sparks II Apartments<br>999 East 450 North, Apt. 31<br>Provo, UT 84606 | Promissory note due June 15, 2006, intrest at 10% per annum | | 28,000.00 |
| Rohlfing III, Frederick W.<br>as custodian for Markus A. Rohlfing<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 | Frederick W. Rohlfing III<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>(808) 547-5400 | Promissory note due June 15, 2006, interest at 10% per annum | | 24,000.00 |
| Rohlfing, Renate T.<br>2001 North Adams Street, Apt. 436<br>Arlington, VA 22201 | Renate T. Rohlfing<br>2001 North Adams Street, Apt. 436<br>Arlington, VA 22201 | Promissory note due June 15, 2006, 10% interest per annum | | 15,000.00 |
| DiMartino, Brian<br>155 Wailea Ike Place, Unit 18<br>Kihei, HI 96753 | Brian DiMartino<br>155 Wailea Ike Place, Unit 18<br>Kihei, HI 96753 | Stock of Aloha Sports Inc. | Disputed | 104,351.54<br><br>(Unknown secured) |
| Klompus, Leonard L.<br>801 South King Street, Ste. 2004<br>Honolulu, HI 96813 | Leonard L. Klompus<br>801 South King Street, Ste. 2004<br>Honolulu, HI 96813 | Stock of Aloha Sports Inc. | Disputed | 313,056.17<br><br>(Unknown secured) |
| Long, Michael D.<br>MSouth Equity Partners<br>3050 Peachtree Rd NW, Ste. 550<br>Atlanta, GA 30305 | Michael D. Long<br>MSouth Equity Partners<br>3050 Peachtree Rd NW, Ste. 550<br>Atlanta, GA 30305 | Stock of Aloha Sports Inc. | Disputed | 104,353.03<br><br>(Unknown secured) |

In re  **ASI ACQUISITION INC.**                                                  Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Schaller, Richard F.<br>c/o Ronald Kotoshirodo, Bk. Trustee<br>76 N. King Street, Ste. 209<br>Honolulu, HI 96817 | Ronald Kotoshirodo, Bk. Trustee<br>76 N. King Street, Ste. 209<br>Honolulu, HI 96817<br>(808) 545-7700 | Stock in Aloha Sports Inc. | Disputed | 104,351.55<br><br>(Unknown secured) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____3/25/10_____          Signature _____*Richard O. Banner*_____

                                                     Richard O. Banner
                                                     **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Hawaii

In re    __ASI ACQUISITION INC.__ _____

                                      Debtor(s)

Case No. _____

Chapter     __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     _3/25/10_ _____

                          _Richard O. Banner_ _____
                          **Richard O. Banner/President**
                          Signer/Title

Aloha Sports Inc.
P. O. Box 23348
Honolulu, HI 96823-3348


Banner, Richard O.
P. O. Box 23348
Honolulu, HI 96823-3348


Daw, Terry Leroy
76-995 Manu o Ku Way
Kailua Kona, HI 96740


DiMartino, Brian
155 Wailea Ike Place, Unit 18
Kihei, HI 96753


Klompus, Leonard L.
801 South King Street, Ste. 2004
Honolulu, HI 96813


Long, Michael D.
MSouth Equity Partners
3050 Peachtree Rd NW, Ste. 550
Atlanta, GA 30305


Rohlfing III, Frederick W.
as custodian for Markus A. Rohlfing
737 Bishop Street, Suite 2600
Honolulu, HI 96813


Rohlfing III, Frederick W.
as Custodian for Marissa E Rohlfing
737 Bishop Street, Suite 2600
Honolulu, HI 96813


Rohlfing IV, Frederick W.
Sparks II Apartments
999 East 450 North, Apt. 31
Provo, UT 84606

Rohlfing, Renate T.
2001 North Adams Street, Apt. 436
Arlington, VA 22201


Schaller, Richard F.
c/o Ronald Kotoshirodo, Bk. Trustee
76 N. King Street, Ste. 209
Honolulu, HI 96817


Schaller, Richard F.
8 Manino Circle, Unit 103
Kihei, HI 96753


Terry Leroy Daw
76-995 Manu o Ku Way
Kailua Kona, HI 96740

# United States Bankruptcy Court

### District of Hawaii

In re    **ASI ACQUISITION INC.**

_____,
                      Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Banner, Richard O.**<br>**P. O. Box 23348**<br>**Honolulu, HI 96823-3348** | **Common** | **500** | **Stock** |
| **Terry Leroy Daw**<br>**76-995 Manu o Ku Way**<br>**Kailua Kona, HI 96740** | **Common** | **500** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **3/25/10** _____

Signature _Richard O. Banner_____

**Richard O. Banner**
**President**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders